

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00128-CV

---

LE NGUYEN, APPELLANT

V.

ELENA LOPEZ, INDIVIDUALLY AND AS OF REPRESENTATIVE OF AND ON
BEHALF OF THE ESTATE OF JEANETTE LOPEZ AND CARISTINA AND MIGUEL
LERMA, INDIVIDUALLY AND ON BEHALF OF BERNICE LERMA, A MINOR, AND
ON BEHALF OF ALL KNOWN HEIRS, APPELLEE

---

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-273517-14, Honorable Melody Wilkinson, Presiding

---

September 22, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

On September 4, 2015, appellant, Le Nguyen, filed a "Suggestion of Bankruptcy." A copy of the "Notice of Bankruptcy Case Filing" under chapter 11 of the United States Bankruptcy Code in United States Bankruptcy Court for the Northern District of Texas, Cause No. 15-43500-rfn11, accompanied appellant's "Suggestion of Bankruptcy." Appellant initiated the bankruptcy proceeding on August 31, 2015.

Given the notice of bankruptcy and Texas Rule of Appellate Procedure 8.2, this appeal is suspended until further order of this court. The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellant's bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate.

Per Curiam